**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

STEVEN M GRESHAM,

    Plaintiff,

v.                                      CASE NO. 1:09-cv-00236-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1). The Commissioner has filed a response, Doc. 23, indicating that it does not oppose the request, and noting that no prior request for EAJA fees was made. Although the amount is uncontested, the Court must still make an independent determination of the reasonableness of any fee awarded pursuant to § 406(b). Gisbrecht v. Barnhart, 535 U.S. 789, 807-808 122 S. Ct. 1817, 1828 (2002) (holding that courts may award a reasonable fee not exceeding 25 percent of past-due benefits and should consider the character of the representation and the results the representation achieved in determining the reasonableness of a contingency fee agreement). The Court finds upon consideration of the factors cited with approval in Gisbrecht that the requested fee award is reasonable. The representation of Plaintiff in this case was not substandard, and the attorney for Plaintiff, does not appear to have been responsible for any delays in this matter. Moreover, counsel represented Plaintiff on a contingency fee basis for over four years and worked in excess of 100 hours, obtaining past-due benefits in an amount over $120,000 and removing an overpayment finding of $125,000. Under a loadstar cross-

check, counsel's fee is clearly not a windfall.  Thus, the Court will award the fees requested.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The motion for attorneys' fees, Doc. 23, is GRANTED.  Pursuant to 42 U.S.C. § 406(b), Plaintiff's attorney is awarded fees in the amount of $30,566.50.  Defendant is ordered to pay the fee from Plaintiff's past-due benefits being held by Defendant.

    **DONE AND ORDERED** this *12th* day of December, 2012

                              *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge